No. 22A01275

Date Summons Issued and E-Filed

4/5/2022

/s/ Monica Gay

Deputy Clerk

Deposit Paid $ _____

☒ JURY

**STATE COURT OF DEKALB COUNTY**
GEORGIA, DEKALB COUNTY

**SUMMONS**

ROMAN BYCZEK

4305 Pine Heights Drive, Atlanta, GA 30324
Plaintiff's name and address

VS.

URS MIDWEST, INC. - c/o Corporate Creations Network Inc.
28175 Haggerty Road, Novi, MI 48377

JASON GRAY - 53812 Honeysuckle Lane, Callahan, FL 32011
Defendant's name and address

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

Michael A Young, Esq. - Law Office of Michael Young
Name

1050 Crown Pointe Parkway, Suite 330, Atlanta, GA 30338
Address

(770) 698-5700                                                              782552
Phone Number                                                     Georgia Bar No.

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. The answer or other responsive pleading can be filed via electronic filing through eFileGA via www.eFileGA.com or, if desired, at the e-filing public access terminal in the Clerk's Office at 556 N. McDonough Street, Decatur, Georgia 30030

Defendant's Attorney                                  Third Party Attorney

Address                                                         Address

Phone No.            Georgia Bar No.          Phone No.           Georgia Bar No.

**TYPE OF SUIT**

☐ Personal Injury ☐ Products Liability         Principal $ _____
☐ Contract ☐ Medical Malpractice
☐ Legal Malpractice ☐ Product Liability        Interest $ _____
☐ Other
                                                                 Atty Fees $ _____

Access to the e-filing site and the rules is available at www.dekalbstatecourt.net
To indicate consent to e-service check the box below.
☒ (Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for service appears in the complaint.

E-file summons1-2016

STATE COURT OF
DEKALB COUNTY, GA.
4/5/2022 10:03 AM
E-FILED
BY: Monica Gay

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

ROMAN BYCZEK,

 Plaintiff,

v.

URS MIDWEST, INC., and,
JASON GRAY,

 Defendants.

Civil Action File No. 22A01275

## COMPLAINT

Plaintiff, for his Complaint, alleges and states as follows:

1.

Defendant URS Midwest, Inc., is a corporation, that was transacting business in Georgia on the day in issue, and is subject to the jurisdiction of this Court.

2.

Defendant Jason Gray is a non-resident who caused a vehicle/pedestrian collision in DeKalb County, Georgia, and he is subject to the jurisdiction of this Court pursuant to the Georgia Non-Resident Motorist Act.

3.

Venue is proper in DeKalb County.

4.

On June 19, 2020, Defendant Jason Gray, was at all relevant times acting within the course and scope of his employment with URS Midwest, Inc., when he negligently, and in violation of the Georgia Rules of the Road, made an unsafe backing maneuver

with his vehicle in DeKalb County, Georgia, and he drove into Plaintiff, a pedestrian, knocking Plaintiff to the ground, and Defendant Gray then proceed to back the vehicle over the top of Plaintiff.

5.

Defendant URS Midwest, Inc., is liable for the negligent acts of Jason Gray under the doctrine of *respondeat superior*, because those acts were committed in the course and scope of Defendant Gray's employment with URS Midwest, Inc.

6.

Defendant Gray's negligence was the direct and proximate cause of serious bodily injury to Plaintiff, causing broken bones, and damage to Plaintiff's knee, which required a surgery to repair. Plaintiff incurred medical expenses, pain and suffering, and impairment, as a direct and proximate cause of Defendant Gray's negligence.

WHEREFORE, Plaintiff respectfully demands the following:

1) That this Court grant Plaintiff a trial by jury;

2) That this Court grant Plaintiff judgment against the Defendants in an amount sufficient to compensate Plaintiff for his past, present and future pain, suffering, impairment, medical expenses; and,

3) That this Court grant Plaintiff such other and further relief as it deems just and proper.

This the 5th day of April, 2022.

1050 Crown Pointe Parkway
Suite 330
Atlanta, Georgia 30338

Michael A. Young
Georgia Bar No. 782552

2

STATE COURT OF
DEKALB COUNTY, GA.
4/5/2022 10:03 AM
E-FILED
BY: Monica Gay

(770) 698-5700                                                                 Attorney for Plaintiff
myoungesquire1@aol.com